IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STANFORD LAMAR,

       Plaintiff,

vs.                                            CASE NO. 5:05cv203/RS

JAMES V. CROSBY, JR.,
et al,

       Defendants.
_____/

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Doc. 28). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. Plaintiff's claims against Defendants Crosby, Whitehead, Wells, Westerfield, Sexton, Ramtree, Joyner, Bullock, and Capers are dismissed with prejudice for failure to state a claim pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

3. Plaintiff's equal protection claims against Defendants Merritt and Brown are dismissed with prejudice for failure to state a claim pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

4. Plaintiff's due process claims against Defendants Merritt and Brown are dismissed without prejudice for failure to exhaust administrative remedies.

5.   The clerk is directed to close the file.


ORDERED on August 23, 2006.

                                            **/S/ Richard Smoak**
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**